UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                          )
                                                )
AMERICAN PRODUCT DISTRIBUTORS, INC.,            )    Case No: 09-33328
                                                )    Chapter 11
        Debtor.                                 )
                                                )

## DEBTOR'S CORPORATE OWNERSHIP STATEMENT PURSUANT TO BANKRUPTCY RULE 7007.1 (a) STATEMENT

COMES NOW the Debtor AMERICAN PRODUCT DISTRIBUTORS, INC., through undersigned counsel, and states that it is a corporation organized under the laws of the state of North Carolina with its principal place of business in the State of North Carolina. As of the date the above captioned Bankruptcy case, there have been and are no other corporate entities, that directly or indirectly, own 10% or more of any class of the Debtor's equity interests.

Debtor shall file a supplemental statement upon any change in circumstance that renders this Corporate Ownership Statement inaccurate.

**DATED** this 1st day of December, 2009.

_Karen C Carroll_
Karen K. Carroll NCSB#40240
Shuford Hunter, PLLC
301 S. McDowell Street, Suite 1012
Charlotte, NC  28204
Tel. 704.377.8764
Attorneys for Debtor