

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 09–33328
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

American Product Distributors, Inc.
8350 Arrowridge Blvd
Charlotte, NC 28273
Social Security No.:
Debtor EIN:
56–1789017

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

    Summary of Schedules
    Schedule A – Real Property
    Schedule B – List of Personal Property
    Schedule D – Secured Claims
    Schedule E – Priority Claims
    Schedule F – Unsecured Claims
    Schedule G – Executory Contracts
    Schedule H – Co–Debtors
    Declaration Concerning Schedules
    Form 7 (Statement of Financial Affairs)
    Fee Disclosure Statement
    Resolution by Partnership/Corporation
    List of Equity Security Holders

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: December 2, 2009                                             David E. Weich
                                                                    Clerk of Court

Electronically filed and signed (12/2/09)