# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) Case No.:    09-33328 |
| | ) Chapter 11 |
| AMERICAN PRODUCT DISTRIBUTORS, INC. | ) |
| | ) |
| TAX ID #:   56-1789017 | ) |
| | ) |
| Debtor(s) | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that the *Chapter 11 Operating Order* was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on or before December 2, 2009.

American Product Distributors, Inc.
8350 Arrowridge Blvd
Charlotte, NC 28273

North Carolina Department of Revenue
P.O. Box 1168
Raleigh, NC 27602

Karen Krupka Carroll
Shuford Hunter PLLC
301 South McDowell St., #1012
Charlotte, NC 28204

Internal Revenue Service
320 Federal Place, Room 335
Greensboro, NC 27401

/s/ Linda W. Simpson
Linda W. Simpson
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #12596
Telephone:  (704) 350-7587   Fax:  (704) 344-6666
Email:   Linda_Simpson@ncwba.uscourts.gov