UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 09-33328 |
| AMERICAN PRODUCT DISTRIBUTORS, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## NOTICE OF FINAL HEARING ON DEBTOR'S AMENDED MOTION FOR ORDER AUTHORIZING THE DEBTOR-IN-POSSESSION TO INCUR UNSECURED DEBT PURSUANT TO 11 U.S.C. §364 (B)

TAKE NOTICE that on December 8, 2009, the Bankruptcy Court granted the Debtor's AMENDED MOTION OF DEBTOR-IN-POSSESSION FOR EMERGENCY AND FINAL ORDERS PURSUANT TO §§ 105 AND 364 AUTHORIZING THE DEBTOR-IN-POSSESSION TO INCUR UNSECURED DEBT PURSUANT to 11 U.S.C. §364(b) (the "Motion").

TAKE FURTHER NOTICE that the final hearing on the Motion, will be held on December 23, 2009, at 9:30a.m., in Courtroom 122 of the United States Courthouse, 401 West Trade Street, Charlotte, North Carolina 28202. No further notice of this hearing will be given.

This the 9th day of December, 2009.

/s/ Karen K. Carroll
Karen K. Carroll NCSB#40240
Shuford Hunter, PLLC
Attorneys for Debtor
301 S. McDowell Street, Suite 1012
Charlotte, NC 28204
Tel. 704.377.8764

Certificate of Service

     I hereby certify that I have this day served a copy of the NOTICE OF FINAL HEARING ON DEBTOR'S AMENDED MOTION FOR ORDER AUTHORIZING THE DEBTOR-IN-POSSESSION TO INCUR UNSECURED DEBT PURSUANT TO 11 U.S.C. §364 (B) by CM/ECF Electronic case filing, telecopier or first class mail on the following parties and all parties listed on the attached list:

Linda Simpson
U.S. Bankruptcy Administrator         Via Electronic Case Filing
Western District of North Carolina

Bradley S. Shraiberg
Shraiberg, Ferrara & Landau P.A.
2385 N.W. Executive Center Dr.
Suite 300
Boca Raton, FL 33431

     This the 9th day of December, 2009.

                                          */s/ Karen K. Carroll*
                                          Karen K. Carroll NCSB#40240
                                          Shuford Hunter, PLLC
                                          Attorneys for Debtor
                                          301 S. McDowell Street, Suite 1012
                                          Charlotte, NC  28204
                                          Tel. 704.377.8764

List of 20 Largest Unsecured Creditors

| | |
|---|---|
| Eagles Press, Inc.<br>640 Instrucment Drive<br>Rocky Mount, NC 27804 | 252-937-6160 |
| Ferguson Vale & Automation<br>FEI#3019<br>PO Box 802806<br>Chicago, IL 60680-2806 | 503-281-9677 |
| Gardner & Benoit, Inc.<br>8334 Arrowridge Blvd. Suite A<br>Charlotte, NC 28273 | 704-504-5529 |
| Grainger<br>PO Box 872424270<br>Dept.872424270<br>Palatine, IL 60038-0001 | 847-647-8021 |
| Higgins Law Firm, PLLC<br>PO Box 915003<br>Charlotte, NC | 704-749-9451 |
| Kimberly Clark Distribution<br>PO Box 915003<br>Dallas TX 75391-5003 | 770-587-7309 |
| MSC Industrial Supply Co<br>75 Maxess Rd<br>Melville, NY 11747 | 8001-255-5067 |

Nashua Paper Co
PO Box 2142
South Hackensack NJ 07606-2142

NCR Corporation
PO Box 740162
Cincinnnati, Ohio 45274-0162

Office Depot, Inc
2200 Old Germantown Rd
Delray Beach, Fla 33445

Ramsey Peele
4342 Satterwythe Lane
Charlotte NC 28215

SP Richards Co                770-333-7664
6300 Highlands Pkwy
Smyrna, GA 30082

Tech Depot
PO BOX 33074
Hartford, CT 06150
3074

The Turbon Group
PO BOX 64410
Curtis Young Division
Baltimore, MD 21264-4410

United Stationers              800-366-8772
1708 Solutions Center
Chicago IL 60677-1007

Wachovia Bank                  704-427-3684
PO Box 740502
Atlanta, GA 30374-0502

Workflow One                   704-398-5102
4001 erformance Rd
Charlotte NC 28214

Xerox                          503-682-2980
PO Box 827598
Philadelphia, PA 19182-7598

Xpedex                         704-596-5755
PO BOX 403565
Atlanta, GA 30384